**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ambrosio NUNEZ–LOPEZ, a.k.a.
Ambrosio Nunez, Defendant–
Appellant.**

No. 14–10379.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 15, 2015.*

Filed Sept. 17, 2015.

Krissa Marie Lanham, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Lynn T. Hamilton, Esquire, Hamilton Law Office, PC, Mesa, AZ, for Defendant–Appellant.

Ambrosio Nunez–Lopez, pro se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Ambrosio Nunez–Lopez appeals from the district court's judgment and challenges his conviction and 120–month sentence for conspiracy to possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

Nunez–Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Nunez–Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Nunez–Lopez has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waivers, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw as counsel is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.